In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-09-00100-CV


______________________________




TEXAS KENWORTH CO., D/B/A MHC KENWORTH, Appellant



V.



LODI DRILLING & SERVICE CO., Appellee




 


On Appeal from the 115th Judicial District Court


Marion County, Texas


Trial Court No. 0900041




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Appellant, Texas Kenworth Co., d/b/a MHC Kenworth, has filed with this Court a motion
to dismiss the pending appeal in this matter. Appellant represents to this Court that the parties have
reached a full and final settlement. In such a case, no real controversy exists, and in the absence of
a controversy, the appeal is moot.

 We grant the motion and dismiss this appeal.



 Jack Carter

 Justice


Date Submitted: December 1, 2009

Date Decided: December 2, 2009